# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>ALYSON START,<br><br>          Defendant/Judgment Debtor,<br><br>and<br><br>BANK OF AMERICA, N.A.,<br><br>                    Garnishee. | NO. MC17-5004BHS<br><br>(3:09-CR-5220-2)<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Alyson Start, from Bank of America, N.A., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Bank of America, N.A., whose address is Bank of America, N.A., Attn: Legal Order Processing, 800 Samoset Drive, Newark, DE 19713.

//

<-- footer below -->

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

DATED this 8 day of August, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT - 2